UNITED STATES of America,
Plaintiff–Appellee

v.

Rafael LUMBRERAS–AMARO, also known as Fransisco Amaro–Lumbreras, also known as Rafael Lumbreras, Defendant–Appellant.

No. 07–20600
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 12, 2007.

James Lee Turner, Assistant U.S. Attorney, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before REAVLEY, BARKSDALE, AND GARZA, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Rafael Lumbreras–Amaro raises ar-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

guments that are foreclosed by *Almenda-rez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. *See United States v. Pineda–Arrellano,* 492 F.3d 624, 625 (5th Cir.2007), *cert. denied* —— U.S. ——, 128 S.Ct. 872, 169 L.Ed.2d 737 (2008). The appellant's motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.